UNITED STATES DISTRICT COURT
WESTERN DISTRICT NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:98-CV-19-MCK

FILED
CHARLOTTE, N.C.

ui! 2 1999

U.S. DISTRICT COURT
W. DIST. OF N.C.

CLAY HALLMAN, DERRICK MILLER )
and CHRISTOPHER WILLIAMS, )
                                      Plaintiffs, )
                                          v. )
RAGE, INC., and PIZZA HUT OF HICKORY )
NO.2, INC. )
                                      Defendants. )

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs Clay Hallman, Derrick Miller and Christopher Williams, by and through their attorney, move pursuant to Federal Rule of Civil Procedure 6 for an extension of time of seven (7) days up to and including June 8, 1999, to complete legal research for, and final preparation of the Memorandum of Law in this matter.

Counsel for plaintiffs has conferred with counsel for defendants and is authorized to state that counsel for defendants do not oppose allowance of this motion.

WHEREFORE, plaintiffs respectfully request that this motion be allowed.

This the 2nd day of June, 1999.

                                                                                  JAY FERGUSON
Ferguson, Stein, Wallas, Adkins
Gresham & Sumter, P.A.
741 Kenilworth Avenue Suite 300
Charlotte, North Carolina 28204
(704) 375-8461
N.C. Bar No: 22054

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing MOTION FOR EXTENSION OF TIME on opposing counsel by placing a copy thereof enclosed in a first-class, postage-prepaid, properly-addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed to:

        Mr. John Taylor
        Robinson & Lawing, L.L.P.
        370 Knollwood Street, Suite 600
        Winston-Salem, NC 27103

This, the 2nd day of June, 1999.

                                      Jay Ferguson
N. C. Bar Number 22054
Ferguson, Stein, Wallas, Adkins
 Gresham, & Sumter, P.A.
Suite 300 Park Plaza Building
741 Kenilworth Avenue (28204)
Post Office Box 36486
Charlotte, N. C. 28236-6486
(704) 375-8461

2