UNITED STATES DISTRICT COURT
WESTERN DISTRICT NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:98-CV-19-MCK

FILED
STATESVILLE, N.C.
JUL 15 1999
U.S. DISTRICT COURT
DIST OF N.C.

CLAY HALLMAN, DERRICK MILLER )
and CHRISTOPHER WILLIAMS, )
)
        Plaintiffs, )
)
        v. )
)
RAGE, INC., and PIZZA HUT OF HICKORY )
NO.2, INC. )
        Defendants. )
_____)

## NOTICE OF SETTLEMENT

NOW COME THE PARTIES in the above-captioned action, through counsel, and notify the court that a settlement has been reached in the matter. As soon as possible, the parties will file a Stipulation of Dismissal with Prejudice in this case. Counsel for the defendants has authorized plaintiffs' counsel to sign this Notice on his behalf.

This the 13th day of July 1999.

_____  
Mr. Jay Ferguson  
Ferguson, Stein, Wallas, Adkins  
Gresham & Sumter, P.A.  
741 Kenilworth Avenue Suite 300  
Charlotte, NC 28204

_____  
Mr. John Taylor / by Jay Ferguson  
Robinson & Lawing, L.L.P.  
370 Knollwood Street, Suite 600  
Winston-Salem, NC 27103