UNITED STATES DISTRICT COURT
WESTERN DISTRICT NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:98-CV-19-MCK

FILED
STATESVILLE, N.C.

AUG 2 1999

U.S. DISTRICT COURT
W. DIST. OF N.C.

CLAY HALLMAN, DERRICK MILLER, )
and CHRISTOPHER WILLIAMS, )
)
Plaintiffs, )
)
v. )
)
RAGE, INC., and PIZZA HUT OF HICKORY )
NO.2, INC. )
Defendants. )
)

## STIPULATION OF DISMISSAL

NOW COME PLAINTIFFS Clay Hallman, Derek Miller, and Chris Williams, through counsel, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and stipulate that the claims asserted in the above-captioned action are dismissed with prejudice, and that each party shall bear their own court costs and attorney's fees.

Stipulated and agreed to, this the 28th day of July, 1999.

_____
Jay" Ferguson, III
Ferguson, Stein, Wallas, Adkins,
Gresham & Sumter, P. A.
741 Kenilworth Avenue, Suite 300
Charlotte, North Carolina 28204

_____
John Taylor
Robinson & Lawing, LLP
370 Knollwood Street, Suite 600
Winston-Salem, North Carolina 27103