FILED
May 8, 2000

No. 00-1421
CA-98-19-5

ALISA BOBBITT, individually and on behalf of Jasmyne & Patrick Bobbitt, Jr., minors; PATRICK BOBBITT, Sr., individually and on behalf of Jasmyne & Patrick Bobbitt, Jr., minors; LEDELL BROWN, on behalf of Jason Brown, a minor; EVA CHAVIS, on behalf of Jareem Chavis, a minor; LINDA MANGUM, on behalf of Keyonda Mangum and Timesha Mangum, minors; ARETHA MANGUM, on behalf of Tierra Mangum, a minor; ALESIA MCLEAN, individually and on behalf of LaKiesha McLean, a minor; DIANE MCDOUGAL; DORISE UTLEY, individually and on behalf of Jessica Utley, a minor

   Plaintiffs - Appellants

  and

CLAY HALLMAN; DERRICK MILLER; CHRISTOPHER WILLIAMS

   Plaintiffs

 v.

RAGE, INCORPORATED; MID-ATLANTIC PIZZA HUTS, INCORPORATED; PIZZA HUT OF HICKORY, No. 2

   Defendants - Appellees

FILED
STATESVILLE, N.C.

MAY 11 2000

U.S. DISTRICT COURT
W. DIST. OF N.C.

O R D E R

  The parties have filed a stipulation to dismiss.

  The Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK